UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL S. SHERMAN** | **CIVIL ACTION NO. 22-5775-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **ADAM MCENTEE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 14] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law,

**IT IS ORDERED THAT** this action is **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with his claims, within thirty (30) days of the date the criminal proceedings against him have concluded, he must file a motion asking the Court to lift the stay;

b. If the stay is lifted and the Court finds Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under <u>Heck</u>; if no such finding is made, the action will proceed at that time, absent some other bar to suit; and,

c. In light of the stay, Plaintiff **SHALL NOT** file any additional documents in this action until the state court proceedings have concluded.

**IT IS FURTHER ORDERED THAT** the Clerk of Court administratively close this proceeding without prejudice to the right of either Defendants or Plaintiff's successors

or representatives to move to re-open the proceeding. This Order does not operate as a dismissal, and all of Plaintiff's rights, including the rights of his successors and representatives, are preserved. This Order merely removes this proceeding from the Court's active docket and terminates all pending deadlines.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 16th day of August 2023.

_____
**CHIEF JUDGE TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT**